UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL RAY WASHINGTON,

    Plaintiff,

v.                                            Case No. 5:16cv203-MP-CJK

WARDEN DUVAL, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On July 20, 2016, the undersigned entered an order (doc. 5) noting plaintiff had neither paid the $400.00 filing fee nor submitted a motion to proceed *in forma pauperis* and advising plaintiff his case could proceed until he either paid the filing fee or filed a properly completed *in forma pauperis* motion with supporting documentation. The undersigned directed the clerk to send plaintiff a complete set of forms needed for filing a motion to proceed *in forma pauperis* and allowed plaintiff thirty days in which to either file the motion or pay the filing fee. The undersigned advised plaintiff that failure to comply with the order would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to

comply with an order of the court.

After more than thirty days passed and plaintiff had neither filed a fully completed *in forma pauperis* motion nor paid the filing fee, the undersigned entered another order (doc. 6) directing plaintiff to show cause within fourteen days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court.  More than fourteen days have passed and plaintiff has not complied.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 12th day of September, 2016.

/s/ *Charles J. Kahn, Jr.*
      **CHARLES J. KAHN, JR.**
      **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 5:16cv203-MP-CJK