UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL RAY WASHINGTON,

    *Plaintiff,*

v.                                      CASE NO. 5:16-cv-00203-MP-CJK

WARDEN DUVAL, ET AL.,

    *Defendants.*

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 12, 2016. ECF No. 7. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute and/or failure to comply with an order of the Court.

3. The clerk is directed to close the file.

**SO ORDERED on October 13, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**